No. 75–1694. Jones et al. v. New York City Human Resources Administration et al., 429 U. S. 825;

No. 76–459. Communications Workers of America v. Western Electric Co., Inc., et al., 429 U. S. 1067;

No. 76–851. Albert et al. v. First National Bank & Trust Company of Marquette, Executor, 429 U. S. 1074;

No. 76–5380. Ricketts v. Texas et al., 429 U. S. 1063;

No. 76–5577. Jenkins et al. v. United States, 429 U. S. 1079;

No. 76–5619. Crane v. Hinshaw et al., 429 U. S. 1064;

No. 76–5816. Crane v. Ram Enterprises, Inc., 429 U. S. 1077;

No. 76–5817. Crane v. City of San Diego et al., 429 U. S. 1077;

No. 76–5818. Crane v. County of Riverside et al., 429 U. S. 1077;

No. 76–5822. Smock v. Kessler, Judge, et al., 429 U. S. 1077; and

No. 76–5844. Johnson v. Malley, Warden, 429 U. S. 1059. Petitions for rehearing denied.

No. 75–6490. Escobar-Ordonez v. Immigration and Naturalization Service, 426 U. S. 938. Motion for leave to file petition for rehearing denied.

March 8, 1977

No. 76–950. Wobb v. Ford Motor Co. et al. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.

March 11, 1977

No. 76–5780. Johnson v. United States. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.